**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

MILIA, LLC,

    Plaintiff,

v.

    No. _____

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. § 1441, *et seq.*, Defendant State Farm Fire and Casualty Company ("State Farm") hereby removes this action originally filed in state court to the United States District Court for the Western District of Tennessee, and alleges as follows:

1. On November 28, 2022, the Tennessee Department of Commerce and Insurance was served with a summons and complaint in an action entitled *Milia, LLC v. State Farm Fire and Casualty Company*, Case No. CT-4506-22, filed November 7, 2022, in the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis. State Farm was served with the summons and complaint on December 15, 2022. A true and accurate copy of all documents filed or served in the Circuit Court matter is attached as Exhibit 1.

2. This Notice of Removal is filed within thirty (30) days after receipt by State Farm, through service or otherwise, of the Complaint, and it is therefore timely filed under 28 U.S.C. § 1446(b).

3.  The case stated by the Complaint served upon State Farm is removable to this Court pursuant to 28 U.S.C. § 1441, in that, upon information and belief, Plaintiff Milia, LLC is not a citizen of the same state as State Farm.[1]  State Farm is an insurance company organized and existing under the laws of the State of Illinois with its principal place of business in Bloomington, Illinois.

4.  The above-described action is a civil action of which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by State Farm pursuant to the provisions of 28 U.S.C. § 1441, in that complete diversity of citizenship exists between the parties.  In addition, based on the Complaint, Plaintiff is seeking damages in excess of $4,000,000.00, and punitive damages for the alleged failure to pay the damages and losses to which the Plaintiff claims it is entitled. Thus, the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.  Therefore, this Court has original jurisdiction over this action.

5.  Pursuant to 28 U.S.C. § 1446(d) State Farm will (1) file a copy of this Notice of Removal with Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, (2) provide prompt notice to Plaintiff, and (3) file proof of all notices and filings with the Clerk of the United States District Court for the Western District of Tennessee.  A copy of the Notice to be filed with the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis is attached hereto as <u>Exhibit 3</u>.

---

[1] Milia, LLC is a single member limited liability company organized under the laws of the State of Mississippi with a principal office in Southaven, Mississippi and a registered agent in Memphis, Tennessee.  *See* Filing Information for Milia, LLC, Tennessee Secretary of State Division of Business Services, https://sos.tn.gov/businesses (last visited Dec. 30, 2022), attached hereto as <u>Exhibit 2</u>.

6. By filing this Notice of Removal, State Farm does not waive any defense that may be available to it.

WHEREFORE, State Farm gives notice that the above pending action against it in the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis has been removed therefrom to this Court.

DATED: January 4, 2023.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*s/* Mary Wu Tullis
Mary Wu Tullis (TN BPR No. 31339)
Kelly L. Hagy (TN BPR No. 36524)
165 Madison Avenue, Suite 2000
Telephone:   (901) 526-2000
Fax:              (901) 577-2303
mtullis@bakerdonelson.com
khagy@bakerdonelson.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record; and copies were furnished by U.S. Mail to counsel who were not provided a copy by the CM/ECF system:

 Randall N. Songstad, Esq.
 254 Court Avenue, Suite 505
 Memphis, Tennessee 38103
 randy@songstadlawfirm.com

This 4th day of January, 2023.

                *s/* Mary Wu Tullis
                Mary Wu Tullis